STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3721
   Facsimile: (510) 637-3724
   jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant
PETER BUTTIGIEG, SECRETARY FOR
THE DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE SHANNON,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER BUTTIGIEG, Secretary of the UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Case No. 3:20-cv-04281-EMC<br><br>**STIPULATION REGARDING DISPOSITIVE MOTION HEARING DEADLINE AND BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>The Honorable Edward M. Chen |

WHEREAS, the dispositive motion hearing deadline in the above-captioned case is June 2, 2022 (ECF No. 49);

WHEREAS, defendant intends to file its motion for summary judgment on April 28, 2022, 35 days before June 2, 2022, as required by Civil Local Rule 7-2(a);

WHEREAS, while preparing the motion for summary judgment, counsel for defendant checked the Court's scheduling notes and learned that the Court is unavailable on June 2, 2022;

WHEREAS, the parties met and conferred and agreed that defendant will file its motion for summary judgment on April 28, 2022, as previously scheduled, and that the parties are available for a

hearing on defendant's motion for summary judgment on June 30, 2022; and

WHEREAS, the parties also agreed that plaintiff should have until May 19, 2022 to file his opposition brief and defendant should have until June 2, 2022 to file its reply brief.

NOW THEREFORE, the parties request, subject to Court approval, that the dispositive motion deadline in this case be extended until June 30, 2022, that plaintiff be permitted to file his opposition brief on or before May 19, 2022, and defendant be permitted to file its reply brief on or before June 2, 2022.

DATED: April 27, 2022  
Respectfully submitted,

STEPHANIE M. HINDS  
United States Attorney

*/s/ Jevechius D. Bernardoni\**  
JEVECHIUS D. BERNARDONI  
Assistant United States Attorney

Attorneys for Federal Defendant  
PETER BUTTIGIEG, SECRETARY  
FOR THE DEPARTMENT OF  
TRANSPORTATION

DATED: April 27, 2022  
*/s/ Corey B. Bennett*

Matthew J. Matern  
Joshua D. Boxer  
MATERN LAW GROUP, PC  
1230 Rosecrans Avenue, Suite 200  
Manhattan Beach, California 90266  
Telephone: (310) 531-1900  
Facsimile: (310) 531-1901  
mmatern@maternlawgroup.com  
jboxer@maternlawgroup.com

Corey B. Bennett  
MATERN LAW GROUP, PC  
1330 Broadway, Suite 428  
Oakland, California 94612  
Telephone: (510) 227-3998  
Facsimile: (310) 531-1901  
cbennett@maternlawgroup.com

*Attorneys for Plaintiff*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and GOOD CAUSE APPEARING, the dispositive hearing deadline shall be extended until June 30, 2022, plaintiff may file his opposition brief on or before May 19, 2022, and defendant may file its reply brief on or before June 2, 2022, as noted in the parties' stipulation.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE EDWARD M. CHEN