STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant
PETER BUTTIGIEG, SECRETARY FOR
THE DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE SHANNON,<br><br>    Plaintiff,<br><br>v.<br><br>PETER BUTTIGIEG, Secretary of the<br>UNITED STATES DEPARTMENT<br>OF TRANSPORTATION,<br><br>    Defendant. | Case No. 3:20-cv-04281-EMC<br><br>**SUPPLEMENTAL DECLARATION OF JEVECHIUS D. BERNARDONI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Jevechius D. Bernardoni, declare:

    1.    I am an Assistant United States Attorney, am counsel for Defendant in this action, and am admitted to practice law before this Court. The facts set forth in this declaration are within my personal knowledge or based on documents and information I have received in the course of this litigation.

    2.    Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the transcript of the April 19, 2022 deposition of Carole Lozito.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1  Executed at Oakland, California, on May 19, 2022.

                                                    */s/ Jevechius D. Bernardoni*